The creditor will have 120 days from the date of entry of this order within which to file an amended claim for any deficiency remaining after the disposition of the collateral.



**SO ORDERED.**
**SIGNED this 24th day of May, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

In re:

JASON CHRIS WALTHERS,              No. 1:16-bk-11805-NWW
SUSAN MICHELLE WALTHERS,           Chapter 13

    Debtors,

DITECH FINANCIAL LLC,

    Movant,

Vs

JASON CHRIS WALTHERS,
SUSAN MICHELLE WALTHERS and
ROGER K. WALTHERS

    Respondents,

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY REGARDING CERTAIN PROPERTY DESCRIBED AS A 2000 16 X 80 CHAMPION HOMES MANUFACTURED HOME, SERIAL #210065005451

This cause came before the court upon Motion for Relief from Automatic Stay and Co-debtor Stay regarding Certain Property Described as a 2000 16 X 80 Champion Homes Manufactured Home, Serial #210065005451, filed by Ditech Financial LLC. For good cause shown, it is the opinion of the Court that the Motion should be granted and that cause exists for granting the relief requested as a result of the Debtors' failure to make payments.

IT IS THEREFORE ORDERED:

1. That the automatic stay provisions of 11 U.S.C.§ § 362(a) and 1301 are dissolved and Ditech Financial LLC (hereinafter "Ditech") is allowed to proceed with its remedy at state law.

2. That Ditech may file an unsecured claim for any deficiency remaining subject to the terms of the confirmed plan

3. That any excess proceeds following disposition of collateral shall be remitted to the Trustee.

4. That Fed. R. Bankr. P. 4001(a)(3) is not applicable and Ditech may immediately enforce and implement this Order Granting Relief.

5. That relief from the automatic stay will survive conversion to any other chapter under Title 11 of the U.S.C.

# # #

APPROVED FOR ENTRY BY:

/s/ Sharon N. Fewell
Sharon N. Fewell, Esq.
TN. Bar Id: 019193
Padgett Law Group
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
snf@padgettlaw.net